**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DAVID HOUSE,                                                    )
                                                               )
            Plaintiff,                                          )
                                                               )
                    v.                                         )
                                                               )
JANET NAPOLITANO, in her official capacity as                  )
Secretary of the U.S. Department of Homeland                   )
Security; ALAN BERSIN, in his official capacity as             )
Commissioner, U.S. Customs and Border Protection;              )
JOHN T. MORTON, in his official capacity as Director,          )
U.S. Immigration and Customs Enforcement,                      )
                                                               )
            Defendants.                                        )

**DECLARATION OF CATHERINE CRUMP**

Pursuant to Local Rule 83.5.3, I, Catherine Crump, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2.  I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true.

Executed this 13th day of May, 2011.

_____/s/ Catherine Crump_____
Catherine Crump
Speech, Privacy and Technology Project
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7806
ccrump@aclu.org