## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,                                  ) | |
| Plaintiff,                                    ) | |
| v.                                            ) | |
| JANET NAPOLITANO, in her official capacity as ) Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Assistant Secretary of Homeland Security for U.S. Immigration and Customs Enforcement, ) | Case No. 1:11-cv-10852-DJC |
| Defendants.                                   ) | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, Alexia De Vincentis, respectfully moves to withdraw her appearance as counsel in the above captioned matter.  The reasons for this motion are as follows:

1.  She will be leaving her position at the American Civil Liberties Union of Massachusetts on September 30, 2011.

2.  Catherine Crump of the American Civil Liberties Union, located in New York, New York, and John Reinstein and Laura Rótolo of the American Civil Liberties Union of Massachusetts, located in Boston, Massachusetts, will continue to represent the above-named plaintiff in this case.

By:  /s/ Alexia De Vincentis
ALEXIA DE VINCENTIS
BBO#679397
adevincentis@aclum.org
ACLU of Massachusetts
211 Congress St., Third Floor
Boston, MA 02110
617-482-3170, ext. 323

Dated: September 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 30th of September, 2011.

/s/ Alexia De Vincentis
ALEXIA DE VINCENTIS
September 30, 2011