UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID HOUSE,                                                    )
                                                               )
  Plaintiff,                                                   )
                                                               )
v.                                                             )
                                                               )   Case No. 1:11-cv-10852-DJC
JANET NAPOLITANO, in her official capacity as                  )
Secretary of the U.S. Department of Homeland                   )
Security; ALAN BERSIN, in his official capacity as             )
Commissioner, U.S. Customs and Border Protection;              )
JOHN T. MORTON, in his official capacity as Director,          )
U.S. Immigration and Customs Enforcement,                      )
                                                               )
  Defendants.                                                  )
                                                               )

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A
REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION TO THEIR MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants hereby move for leave to file the attached Reply brief in response to

Plaintiff's Opposition to their Motion to Dismiss or in the Alternative for Summary Judgment.

In support thereof, Defendants state that:

1.      This matter involves a constitutional challenge to a border search of certain of

Plaintiff's electronic devices by U.S. Immigration and Customs Enforcement ("ICE").

2       On July 28, 2011, Defendants moved to dismiss Plaintiff's complaint or in the

alternative for summary judgment in their favor ("Defendants' motion").  Docket ("D.") 10-12.

The parties had previously agreed on a briefing schedule and, pursuant to their joint motion (D.

8), which the Court granted on July 6, 2011, Plaintiff's Opposition was originally due August 31,

2011.  *See* D. 8 and Court's Minute Order dated July 6, 2011.  Plaintiff subsequently sought and

was granted two extensions of time to file his opposition, and ultimately filed a 30-page

1

opposition on September 21, 2011.  *See* D. 13, 14, and Court's Minute Orders of August 24, 2011, and September 12, 2011.[1]

3.      Among other things, Plaintiff's opposition included a declaration from an individual who purports to be a retained information technology ("IT") expert.  Plaintiff also raised a variety of arguments in his three separate filings in opposition, specifically: a brief; L.R Rule 56.1 Statement (which includes a declaration from Plaintiff and from the IT expert); and a separate nine-page "Opposition," which includes a declaration of counsel.  Defendants wish to file the attached reply brief to address the issues raised in Plaintiff's opposition, including the declaration from the purported IT expert.  Defendants believe that full briefing of the issues, factual assertions, and purported expert opinion contained in Plaintiff's opposition filings will assist the Court's consideration of these complex issues.

5.      Plaintiff does not oppose the filing of Defendants' reply brief.

---

[1]   Under the original schedule, Defendants would have sought leave to reply shortly after the original opposition filing date of August 31, 2011; the parties had proposed September 14, 2011 for Defendants' reply.  See D. 8 and Court's Minute Order dated July 6, 2011.  The extended deadline for Plaintiff's opposition coincided with other briefing deadlines and planned travel by the undersigned counsel in October.

WHEREFORE Defendants ask that the Court grant this motion and enter an Order giving

Defendants leave to file the attached Reply brief in response to Plaintiff's Opposition.

Dated:  October 27, 2011                    Respectfully Submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            SANDRA M. SCHRAIBMAN
                                            Assistant Branch Director

                                            */s/Diane Kelleher*

                                            DIANE KELLEHER

                                            Senior Trial Counsel
                                            U.S. Department of Justice, Civil Division
                                            Federal Programs Branch
                                            20 Massachusetts Ave., N.W., Room 7318
                                            Washington, D.C. 20530
                                            Tel.:    (202) 514-4775
                                            Fax.:    (202) 616-8470
                                            Email: diane.kelleher@usdoj.gov

## **CERTIFICATION OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail, on the 27th of October, 2011.

*/s/Diane Kelleher*

DIANE KELLEHER
October 27, 2011