UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>                Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Assistant Secretary of Homeland Security for U.S. Immigration and Customs Enforcement,<br><br>                Defendants. | Case No.<br>1:11-cv-10852-DJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

1.      Plaintiff David House respectfully seeks leave of the Court to file the attached Surreply in Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, in order to respond to new arguments in Defendants' reply brief ("Reply," Docket No. 20).

2.      The parties had previously agreed on a briefing schedule—approved by this Court—which included Reply and Surreply Briefs (Docket No. 8).

3.      On August 24, 2011, the Court granted Plaintiff's Unopposed Motion for Extension of Time to File Response/Reply (Docket No. 13) and ordered that the parties seek leave of the Court to file a Reply and Surreply.

1

4. On October 28, 2011, the Court granted Defendants' Unopposed Motion for Leave to File a Reply Brief (Docket No. 19).

5. Plaintiff now seeks leave to file the attached Surreply. A Surreply is appropriate because Defendants incorporate new arguments in their Reply. *See Klein v. MHM Corr. Servs.*, 2010 WL 3245291,*2 (D. Mass. Aug. 16, 2010). For example, Defendants argue for the first time in their Reply brief that only ICE agents or those who have worked for the government are qualified to opine on the reasonableness of the length of time Defendants kept Mr. House's electronic devices, and that Plaintiff does not have a claim for improper dissemination and retention.

6. Defendants do not oppose this motion.

WHEREFORE Plaintiff asks that the Court grant this motion and enter an Order giving Plaintiff leave to file the attached Surreply brief in response to Defendants' Motion.

    DAVID HOUSE
    By his attorneys,

    ____/s/ *Catherine Crump*_____
    Catherine Crump, Pro Hac Vice
    ccrump@aclu.org
    Speech, Privacy and Technology Project
    American Civil Liberties Union
    125 Broad Street, 17th floor
    New York, New York 10004
    (212) 549-2500

    ____/s/ *John Reinstein*_____
    John Reinstein, BBO # 416120
    jreinstein@aclum.org
    Laura Rótolo, BBO # 665247
    lrotolo@aclum.org
    American Civil Liberties Union
     of Massachusetts

                                                211 Congress Street
                                                Boston, Massachusetts 02110
                                                (617) 482-3170

December 5, 2011

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Catherine Crump, hereby certify that on December 1, 2011, I conferred with Defendants' counsel, Diane Kelleher, by email.   Defendants do not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                            ___/s/ *Catherine Crump*_____
                                                            Catherine Crump
                                                            December 5, 2011