UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>  Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Director, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 1:11-cv-10852-DJC |

**NOTICE**

Defendants hereby submit this Notice to inform the Court that, on March 19, 2012, the Ninth Circuit ordered *en banc* rehearing in *United States v. Cotterman*, 637 F. 3d 1068 (9th Cir. 2011), a case discussed in the briefing related to Defendants' motion to dismiss, and in the alternative, for summary judgment. A copy of the Ninth Circuit order is attached hereto.

Dated:  March 26, 2012

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
Assistant Branch Director

*/s/Diane Kelleher*

DIANE KELLEHER
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5373
Washington, D.C. 20530
Tel.:   (202) 514-4775
Fax.:   (202) 616-8470
Email: diane.kelleher@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 26th of March, 2012.

*/s/Diane Kelleher*
DIANE KELLEHER
July 13, 2011