UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>  Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, *et. al*,<br><br>  Defendants. | Case No. 1:11-cv-10852-DJC |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1, Defendants and Defendants' counsel have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation. Defendants and have also considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:  June 11, 2012   *s/ Gillian Flory (by DK with permission)*
Acting Assistant General Counsel
Office of the General Counsel
U.S. Department of Homeland Security
*On behalf of all Defendants*

Dated:  June 11, 2012   *s/ Diane Kelleher*
*s/ Amy Powell (by DK with permission)*
U.S. Department of Justice, Civil Division
Federal Programs Branch

Dated:  June 12, 2012                                    Respectfully Submitted,


                                                         STUART F. DELERY
                                                         Acting Assistant Attorney General

                                                         SANDRA M. SCHRAIBMAN
                                                         Assistant Branch Director

                                                         */s/Diane Kelleher*

                                                         DIANE KELLEHER
                                                         AMY E. POWELL
                                                         Attorneys
                                                         U.S. Department of Justice, Civil Division
                                                         Federal Programs Branch
                                                         20 Massachusetts Ave., N.W., Room 5373
                                                         Washington, D.C. 20530
                                                         Tel.:   (202) 514-4775
                                                         Fax.:   (202) 616-8470
                                                         Email: diane.kelleher@usdoj.gov


## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants by First Class Mail.

                                                         */s/ Diane Kelleher*
                                                         Diane Kelleher
                                                         Senior Trail Counsel


Dated: June 11, 2012

|  |  |
|---|---|
| Dated:  June 6, 2012 | Respectfully Submitted, |
|  | STUART F. DELERY<br>Acting Assistant Attorney General |
|  | SANDRA M. SCHRAIBMAN<br>Assistant Branch Director |
|  | */s/Diane Kelleher* |
|  | DIANE KELLEHER<br>AMY E. POWELL<br>Attorneys<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 5373<br>Washington, D.C. 20530<br>Tel.:    (202) 514-4775<br>Fax.:   (202) 616-8470<br>Email: diane.kelleher@usdoj.gov |