UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET NAPOLITANO, in her official capacity as )<br>Secretary of the U.S. Department of Homeland )<br>Security; ALAN BERSIN, in his official capacity as )<br>Commissioner, U.S. Customs and Border Protection; )<br>JOHN T. MORTON, in his official capacity as Director, )<br>U.S. Immigration and Customs Enforcement, )<br>)<br>Defendants. ) | Case No. 1:11-cv-10852-DJC |

### RULE 16.1(D) CERTIFICATION OF PLAINTIFF DAVID HOUSE

Pursuant to Local Rule 16.1(D)(3), the undersigned party and his counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


*/s/ David House (by JR with permission)*      */s/ John Reinstein*
David House     John Reinstein BBO # 416120
    American Civil Liberties Union of Massachusetts
    211 Congress Street
    Boston, MA 02110
    617.482.3170

June 13, 2012

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by First Class Mail on the 13th day of June, 2012.

      */s/ John Reinstein*
      John Reinstein