UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID HOUSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET NAPOLITANO, *in her official capacity as* )<br>*Secretary of the U.S. Department of Homeland* )<br>*Security;* ALAN BERSIN, *in his official capacity* )<br>*as Commissioner, U.S. Customs and Border* )<br>*Protection;* JOHN T. MORTON, *in his official* )<br>*capacity as Director, U.S. Immigration and* )<br>*Customs Enforcement*, )<br>)<br>Defendants. )<br>) | Civil Action No. 11-10852-DJC |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as local counsel for the Defendants in the above-captioned matter. Diane Kelleher, Senior Trial Counsel in the Civil Division of the Department of Justice, has primary

responsibility for the case, and has entered her appearance.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                           By:    */s/ Jennifer A. Serafyn*
                                        Jennifer A. Serafyn
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100
Dated: January 11, 2013                 Jennifer.Serafyn@usdoj.gov

## **CERTIFICATION OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail.

                                        */s/ Jennifer A. Serafyn*
                                        Jennifer A. Serafyn
Dated: January 11, 2013                Assistant United States Attorney