UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>  Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Director, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 1:11-cv-10852-DJC |

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned as lead counsel for Defendants in the above-captioned matter. Diane Kelleher has been promoted to a supervisory position and will no longer act as lead counsel on this matter.

Dated:  March 5, 2013

Respectfully Submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Marsha Stelson Edney*

MARSHA STELSON EDNEY
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7148
Washington, D.C. 20530
Tel.:   (202) 514-4520
Fax.:  (202) 616-8470
Email: marsha.edney@usdoj.gov

## CERTIFICATION OF SERVICE

       I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 4th of March, 2013.

                                               */s/Marsha Stelson Edney*
                                               MARSHA STELSON EDNEY
                                               March 5, 2013