UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>  Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Director, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 1:11-cv-10852-DJC |

**JOINT MOTION FOR CONTINUANCE**

A status conference in this matter is currently scheduled for Monday, March 18, 2013 at 2:00 p.m. The parties jointly request at least a 30-day continuance of the status conference. In support of this request, counsel for the parties represent that the parties have been engaged in active settlement talks and both sides believe that a settlement in this case is probable. However, additional time is needed to work out the details and get the necessary approvals to finalize the settlement. In the alternative, the parties request to participate in the status conference by telephone.

Dated: March 13, 2013                              Respectfully Submitted,

AMERICAN CIVIL LIBERTIES                           U.S. DEPARTMENT OF JUSTICE
  UNION
                                                   STUART F. DELERY
                                                   Principal Deputy Assistant Attorney General

                                                         DIANE KELLEHER
                                                         Assistant Branch Director

| | |
|---|---|
| By: /s/ Catherine Crump | By: /s/ Marsha Stelson Edney |
| Catherine Crump | Marsha Stelson Edney |
| ccrump@aclu.org | Senior Trial Counsel |
| Speech, Privacy and Technology Project | U.S. Department of Justice, Civil Division |
| 125 Broad Street, 17th floor | Federal Programs Branch |
| New York, New York 10004 | 20 Massachusetts Ave., N.W., Room 7148 |
| (212) 549-2500 | Washington, D.C. 20530 |
| | Tel.:   (202) 514-4520 |
| John Reinstein, BBO # 416120 | Fax.:   (202) 616-8470 |
| jreinstein@aclum.org | |
| American Civil Liberties Union | |
|   of Massachusetts | |
| 211 Congress Street | |
| Boston, Massachusetts 02110 | |
| (617) 482-3170 | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>JANET NAPOLITANO, in her official capacity as )<br>Secretary of the U.S. Department of Homeland )<br>Security; ALAN BERSIN, in his official capacity as )<br>Commissioner, U.S. Customs and Border Protection; )<br>JOHN T. MORTON, in his official capacity as Director, )<br>U.S. Immigration and Customs Enforcement, )<br> )<br> Defendants. )<br> ) | Case No. 1:11-cv-10852-DJC |

## [PROPOSED] ORDER

Upon consideration of the parties' joint motion for continuance and good cause having been shown, it is hereby ORDERED that the motion is granted and the status conference is hereby continued to April ____, 2013.


Dated: _____, 2013

_____
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF SERVICE

       I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 13th of March, 2013.

       */s/Marsha Stelson Edney*
       MARSHA STELSON EDNEY
       March 13, 2013