UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HOUSE,<br><br>  Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, in her official capacity as Secretary of the U.S. Department of Homeland Security; ALAN BERSIN, in his official capacity as Commissioner, U.S. Customs and Border Protection; JOHN T. MORTON, in his official capacity as Director, U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 1:11-cv-10852-DJC |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David House and Defendants Janet Napolitano, Secretary of the U.S. Department of Homeland Security, Alan Bersin, Commissioner, U.S. Customs and Border Protection, and John Morton, Director, U.S. Immigration and Customs Enforcement, in their official capacities, hereby stipulate to the dismissal of this Action with prejudice.

Each party shall bear his or her own costs, expenses and attorneys' fees.

Dated: May 23, 2013                                    Respectfully Submitted,

AMERICAN CIVIL LIBERTIES             U.S. DEPARTMENT OF JUSTICE
  UNION
                                                                STUART F. DELERY
                                                                Principal Deputy Assistant Attorney General
                                                                DIANE KELLEHER
                                                                Assistant Branch Director

<div style="display: flex;">

By: */s/ Catherine Crump*
Catherine Crump
ccrump@aclu.org
Speech, Privacy and Technology Project
125 Broad Street, 17th floor
New York, New York 10004
(212) 549-2500
John Reinstein, BBO # 416120
jreinstein@aclum.org
Laura Rótolo, BBO # 665247
lrotolo@aclum.org
adevincentis@aclum.org
American Civil Liberties Union
  of Massachusetts
211 Congress Street
Boston, Massachusetts 02110
(617) 482-3170

By: */s/ Marsha Stelson Edney*
Marsha Stelson Edney
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7148
Washington, D.C. 20530
Tel.:    (202) 514-4520
Fax.:    (202) 616-8470
Email: marsha.edney@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                            _/s/ Catherine Crump_
                                                            Catherine Crump
                                                            May 23, 2013